United States District Court
Southern District of Texas
FILED

APR 25 2001

Michael N. Milby
Clerk of Court

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

B-01-065

| United States District Court | District: Southern District of Texas | |
|---|---|---|
| Name of Movant: Manuel Mares-Martinez | Prisoner No.: 58072-079 | Case No.: 1:99Cr00362-S1-001 |
| Place of Confinement: Federal Medical Center - 3301 Leestown Rd. - Lexington, Ky. 40512 | | |

UNITED STATES OF AMERICA V. Manuel Mares-Martinez (name under which convicted)

## MOTION

1 Name and location of court which entered the judgment of conviction under attack U.S. District Court, Southern District of Texas - Brownsville, Division

2. Date of judgment of conviction June 26, 2000

3. Length of sentence 235 months

4. Nature of offense involved (all counts) Count 1: conspiracy to possess, with intenttto distr., a quantity exceeding five kilograms and one hundred kilos or more or marijuana in violation of 21 U.S.C. 21 §846, 841 (a)(1), 841(b)(1)(A), and 841(b)(1)(B). Count 2: conspiracy to possess with intent to distribute, a quantity exceeding 5 kilos of cocaine in violation of §846, 841(a)(1) and 841(b)(1)(A). Count 3: possession, with intent to distribute, a quantity of more than 100 kilos of marijuana in violation of §841(a)(1), 841(b)(1)(B), and 18 U.S.C. §2.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: Guilty plea to oount of indictment. Counts 2 and 3 were dismissed upon the request of the United States Attorney.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court ______________________________

(b) Result ______________________________

(c) Date of result ______________________________

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ______________________________

(2) Nature of proceeding ______________________________

(3) Grounds raised ______________________________

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ______________________________

(6) Date of result ______________________________

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______________________________

(2) Nature of proceeding ______________________________

(3) Grounds raised ______________________________

ClibPDF - www.fastio.com

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ______________________________

(6) Date of result ______________________________

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☐
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I instructed my attorney to file a Direct Appeal. For some reason, he failed to follow my instructions. Thus, I am exercising my right to appeal under this section due to his failure to follow my instructions.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

ClibPDF - www.fastio.com

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law) I instructed my attorney to file an appeal of my sentence. His failure to file an appeal upon my request is, in and of itself, grounds for ineffective assistance of counsel. In addition, his performance was so deficient, that if not for his deficiency my sentence would have more than likely been different.

B. Ground two: Illegal sentence

Supporting FACTS (state *briefly* without citing cases or law): The sentence imposed cannot be supported by the indictment. The indictment can only support a base level of 32. When you substract 3 points for petitioner's acceptance of responsibility, which the Court allowed, it leaves a base offense level of 29 for sentencing. The petitioner's criminal history category has been accepted as a level 11. (continued, see additonal page 6a)

C. Ground three: District Court erred in allowing a four (4) level enhancement for an organizer/leadership role.

Supporting FACTS (state *briefly* without citing cases or law): The four (4) enhancement points that Mares-Martinez received for his role in the offense cannot be supported by the evidence. It clearly showed that Mares-Martinez was not an organizer/leader in this drug conspiracy. At best, he was a glorifed drug mule. It showed actual participation in the transport of the

ClibPDF - www.fastio.com

AO 243 (Rev 5/85)

drugs personally, for which he was paid. He never shared in any profits. He never exercised any actual control of drugs, (continued on 6a)

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

Ineffective assistance of counsel is properly raised in a §2255 motion. The other issues are raised due in part to counsel's failure to file the instructed direct appeal, counsel's overall ineffectiveness, and recent changes in the interpretation of the Constitution and other statutes. Petitioner requests and offers that an evidentiary hearing is necessary.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing N/A

(b) At arraignment and plea Luis V. Saenz - 117 E. Price Road, Suite B, - Brownsville, Texas 78520 - (956) 550-9550

(c) At trial N/A

(d) At sentencing Same as 15(b)



ClibPDF - www.fastio.com

Section 12 of Motion §2255, continued

B. Ground II, continued

An offense level of 29 with a criminal history category of II can only support a sentence range between 97 - 121 months, not the 235 - 293 months that Mares-Martinez was exposed to, and ultimately sentenced to. When the United States Congress passed the Sentencing Reform Act, it and all of it's parts became statutory. The sentencing guidelines became statutory sentences. Each offense level has both a statutory minimum and maximum sentence to be imposed under the sentencing guidelines. These statutory sentences supercede that old minimum and maximum sentences that were replaced by the Sentencing Reform Act. Anything that raises a defendants sentence over the existing statutory maximum must be included in the indictment and presented to a jury. The sentence imposed on Mares-Martinez is an illegal sentence and cannot be supported by the indictment. Since Mares-Martinez' plea agreement called for him to be sentenced at the low end of the guidelines range, he must be re-sentenced to 97 months. However, the statutory minimum enacted by the ADA is 120 months and Mares-Martinez accepts this.

C. set any prices, determined who to buy from or sell to, or when to buy or sell. He simply followed instructions. His role cannot be construed to be that of an organizer/leader in any way. For any act that he participated in, he was paid for that specific act. Not sharing in any profits shows that he was not an organizer/leader.

The Presentence Report was very ambiguous about Mares-Martinez conduct. Just because the investigator draws a false conclusion does not mean that the evidence supports it. The report showed, beyond the shadow of a doubt, that Mares-Martinez was not an organizer/leader in this conspiracy. It showed the actions of a delivery agent and cannot support a four (4) level enhancement for an organizer/leadership role.



ClibPDF - www.fastio.com

AO 243 (Rev. 5/85)

(e) On appeal This is a pro se petition.

(f) In any post-conviction proceeding I am requesting the Court to appoint counsel in the event that a hearing is needed.

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No xx

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No xx

(a) If so, give name and location of court which imposed sentence to be served in the future.

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No xx

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

Manuel Mares-Martinez, Pro Se

I declare under penalty of perjury that the foregoing is true and correct Executed on

Marzo 20 2001
(date)

Signature of Movant

Manuel Mares-Martinez, Reg. No. 58072-079
Federal Medical Center - Lexington
P.O. Box 14501
Lexington, Kentucky 40512-4501



ClibPDF - www.fastio.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been forwarded by United States Mail with sufficient postage to carry same to the United States Attorney's Office, Assistant U.S. Attorney, Jody Young, Esq., 600 East Harrison Street, #201, Brownsville, Texas, 78520-7155.

Dated this 20th day of Marzo, 2001.

Manuel Mares Martinez

Manuel Mares-Martinez, #58072-079
Federal Medical Center - Lexington
P.O. Box 14501
Lexington, Ky. 40512-4501

ClibPDF - www.fastio.com