6

United States District Court
Southern District of Texas
ENTERED

JUN 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA §
§
vs. § C.A.. NO. ~~C-99-362~~ B-01-065
§ CRIMINAL No. B-99-362-01
MANUEL MARES MARTNEZ §
~~(B-01-065)~~

ORDER

It is hereby ORDERED that the government's motion for leave to file its response out of time is GRANTED.

SIGNED this 26 day of June 2001.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

4