C

July 18, 2001

United States District Court
Southern District of Texas
RECEIVED — File
JUL 2 3 2001
Mail 11:00 AM  LA
Michael N. Milby, Clerk

Michael N. Milby, Clerk of Court
United States District Court
Southern District of Texas
600 E. Harrison St.
Brownsville, TX. 78520-7114

CA B-01-065

Re: CR. NO. B-99-362-S1

Mr. Milby:

    I would like to notify the Honorable Court that I was recently transferred to the Federal Correctional Institution at Bastrop, TX. Please change my mailing address to read as follows:

    Manuel Mares-Martinez
    Reg. No. 50872-079
    Federal Correctional Institution
    P.O. Box 1010
    Bastrop, TX. 78602-1010

    I thank you for your time and assistance in this matter.

    Respectfully Submitted:

    *[signature]*
    Manuel Mares-Martinez

ClibPDF - www.fastio.com