/0

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 0 8 2001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | C.A. B-01-065 |
| MANUEL MARES-MARTINEZ | § § | CR. No. B-99-362-S1 |

## ORDER ON APPLICATION FOR SUBPOENA AND SUBPOENAS DUCES TECUM MOTION FOR DECISION ON PROSPECTIVE ASSERTION OF ATTORNEY-CLIENT PRIVILEGE

On the 7TH day of AUGUST, 2001, the Court considered the Application for Subpoena and Subpoena Duces Tecum and Motion for Decision on Prospective Assertion of Attorney-Client Privilege filed by Attorney Luis V. Saenz herein. (DOCKET No. 8)

After consideration of the pleadings, the law, and representations counsel, the court makes the following rulings:

1. The Application for Subpoena and Subpoena Duces Tecum is GRANTED. The Clerk is ORDERED immediately to issue a Subpoena and Subpoena Duces Tecum to Mr. Warner directing that he ~~appear at a time later to be specified by the Court and directing that he appear at a time later to be specified by the court and directing him to~~ furnish the Court a copy of his file on Manuel Mares-Martinez relating to this Motion to Vacate. ON OR BEFORE AUGUST 31, 2001

2. The Prospective Assertion of Attorney-Client privilege is overruled. The Court accepts the representation of LUIS V. SAENZ that Mr. Mares-Martinez never hired Mr. Warner to represent Mr. Mares-Martinez in an appeal of the judgment which is the subject of the instant Motion to Vacate.

DONE at Brownsville, this 7TH day of AUGUST, 2001.

UNITED SATES MAGISTRATE JUDGE

AO 88 (Rev 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

<u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>
BROWNSVILLE DIVISION

MANUEL MARES MARTINEZ

V.

UNITED STATES OF AMERICA

SUBPOENA IN A CIVIL CASE
AND SUBPOENA DECUS TECUM
CASE NUMBER:
C A B-01-65

TO: LARRY WARNER

[X] YOU ARE COMMANDED to ~~appear in~~ furnish the United States District Court ~~at~~ the place, date, and time specified below ~~to testify~~ COPY in the above case. OF HIS FILE ON MANUEL MARES MARTINEZ

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 EAST HARRISON   ROOM 101<br>BROWNSVILLE TEXAS   78520 | DATE AND TIME<br>AUGUST 31, 2001 |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| JOHN WILLIAM BLACK    UNITED STATES MAGISTRATE JUDGE<br>BY: [signature]   DEPUTY CLERK | AUGUST 8 2001 |

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number