



# LARRY WARNER

Attorney at Law
777 E. Harrison Street, 2nd Floor
(956) 542-4784          Brownsville, Texas 78520     FAX (956) 544-5234
E-MAIL: larry@larrywarner.com

August 15, 2001

C AB-01-65       AUG 1 7 2001

Judge John William Black
600 E. Harrison Room 101
Brownsville, TX 78520

Dear Judge Black,

    Please find enclosed a copy of Manuel Mares Martinez' file, which includes copy of envelope, letter to Mr. Mares, notes from Mr. Warner re: phone conference, and a fax to Wackenhut Unit.

    This is all we have on Mr. Mares because we never got hired to represent Mr. Mares on his case.

    Thank you.

Sincerely,

Larry Warner
Attorney at-Law

enclosure
mdf

BOARD CERTIFIED CRIMINAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION (1983); MEMBER, CRIMINAL LAW COMMISSION TEXAS BOARD OF LEGAL SPECIALIZATION (1988-91); MEMBER, HOUSE OF REPRESENTATIVES OF TEXAS (70TH & 71ST LEGISLATURES); FELLOW, COLLEGE OF THE STATE BAR OF TEXAS, MEMBER, ADMINISTRATION OF RULES OF EVIDENCE COMMITTEE, STATE BAR OF TEXAS (1998-2001).

COPY

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 0 8 2001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | C.A. B-01-065 |
| | § | CR. No. B-99-362-S1 |
| MANUEL MARES-MARTINEZ | § | |

### ORDER ON APPLICATION FOR SUBPOENA AND SUBPOENAS DUCES TECUM MOTION FOR DECISION ON PROSPECTIVE ASSERTION OF ATTORNEY-CLIENT PRIVILEGE

On the 7TH day of AUGUST, 2001, the Court considered the Application for Subpoena and Subpoena Duces Tecum and Motion for Decision on Prospective Assertion of Attorney-Client Privilege filed by Attorney Luis V. Saenz herein. (DOCKET NO. 8)

After consideration of the pleadings, the law, and representations counsel, the court makes the following rulings:

1. The Application for Subpoena and Subpoena Duces Tecum is GRANTED. The Clerk is ORDERED immediately to issue a Subpoena and Subpoena Duces Tecum to Mr. Warner directing that he ~~appear at a time later to be specified by the Court and directing that he appear at a time later to be specified by the court and directing him to~~ furnish the Court a copy of his file on Manuel Mares-Martinez relating to this Motion to Vacate ON OR BEFORE AUGUST 31, 2001.

2. The Prospective Assertion of Attorney-Client privilege is overruled. The Court accepts the representation of LUIS V. SAENZ that Mr. Mares-Martinez never hired Mr. Warner to represent Mr. Mares-Martinez in an appeal of the judgment which is the subject of the instant Motion to Vacate.

DONE at Brownsville, this 7TH day of AUGUST, 2001.

_____
UNITED SATES MAGISTRATE JUDGE

# Issued by the
# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__
BROWNSVILLE DIVISION

MANUEL MARES MARTINEZ

V.

UNITED STATES OF AMERICA

## SUBPOENA IN A CIVIL CASE
AND SUBPOENA DECUS TECUM
CASE NUMBER:
C A B-01-65

TO: LARRY WARNER

[X] YOU ARE COMMANDED to furnish ~~appear in~~ the United States District Court at the place, date, and time specified below ~~to testify in~~ the above case. OF HIS FILE ON MANUEL MARES MARTINEZ   COPY

| PLACE | COURTROOM |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE 600 EAST HARRISON ROOM 101 BROWNSVILLE TEXAS 78520 | |
| | DATE AND TIME AUGUST 31, 2001 |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| JOHN WILLIAM BLACK  UNITED STATES MAGISTRATE JUDGE | AUGUST 8 2001 |

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | C.A. B-01-065 |
| | § | CR. No. B-99-362-S1 |
| MANUEL MARES-MARTINEZ | § | |

## ORDER ON APPLICATION FOR SUBPOENA AND SUBPOENAS DUCES TECUM MOTION FOR DECISION ON PROSPECTIVE ASSERTION OF ATTORNEY-CLIENT PRIVILEGE

On the 7th day of AUGUST, 2001, the Court considered the Application for Subpoena and Subpoena Duces Tecum and Motion for Decision on Prospective Assertion of Attorney-Client Privilege filed by Attorney Luis V. Saenz herein. (DOCKET NO. 8)

After consideration of the pleadings, the law, and representations counsel, the court makes the following rulings:

1. The Application for Subpoena and Subpoena Duces Tecum is GRANTED. The Clerk is ORDERED immediately to issue a Subpoena and Subpoena Duces Tecum to Mr. Warner directing that he ~~appear at a time later to be specified by the Court and directing that he appear at a time later to be specified by the court and directing him to~~ furnish the Court a copy of his file on Manuel Mares-Martinez relating to this Motion to Vacate ON OR BEFORE AUGUST 31, 2001.

2. The Prospective Assertion of Attorney-Client privilege is overruled. The Court accepts the representation of LUIS V. SAENZ that Mr. Mares-Martinez never hired Mr. Warner to represent Mr. Mares-Martinez in an appeal of the judgment which is the subject of the instant Motion to Vacate.

DONE at Brownsville, this 7th day of AUGUST, 2001.

_____
UNITED SATES MAGISTRATE JUDGE

COPY

LAW OFFICE OF LARRY WARNER
777 E. HARRISON STREET, 2ND FLOOR
BROWNSVILLE, TEXAS 78520

Mr. Manuel Mares Martinez
2614 Calle Reyna
Harlingen, Texas 78550

ClibPDF - www.fastio.com

# LARRY WARNER



Attorney at Law
777 E. Harrison Street, 2nd Floor

(956) 542-4784          Brownsville, Texas 78520     FAX (956) 544-5234
E-MAIL: larrywarner@compuserve.com

August 31, 2000

Mr. Manuel Mares Martinez
2614 Calle Reyna
Harlingen, Texas 78550

Dear Mr. Mares Martinez:

Thank you for consulting with us concerning the referenced matter.

We would be pleased to represent your interests in this instance as soon as appropriate arrangements have been made for costs and fees as discussed in our interview. You should be aware, however, that while we are willing to serve as your attorneys, we have not yet formally accepted responsibility for this item.

You should deal with this legal concern promptly. If you do not, the following may happen: No record will be ordered; no brief will be written;no bond will be posted; you will lose your right to appeal; The judgment will be carried out.

Please remember, however, that we are prepared to begin work on your proceeding as soon as you do the following: sign an authorization, pay costs, pay attorney's fees.

Thank you.

Sincerely yours,

Larry Warner-Attorney-at-law
Norma Mtz.-Warner- Legal Assistant
Diana Conner-Legal Assistant

cc:file

---

BOARD CERTIFIED CRIMINAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION (1983); MEMBER, CRIMINAL LAW COMMISSION TEXAS BOARD OF LEGAL SPECIALIZATION (1988-91); MEMBER, HOUSE OF REPRESENTATIVES OF TEXAS (70TH & 71ST LEGISLATURES); FELLOW, COLLEGE OF THE STATE BAR OF TEXAS; MEMBER, ADMINISTRATION OF RULES OF EVIDENCE COMMITTEE, STATE BAR OF TEXAS (1998-2001).

June 26, 2000

COPY

LW CONF WITH MARES AT KARNES CO JAIL

D SAYS WIFE WILL COME IN TOMORROW June 27, 2000 W $5000 ENGANCHE

MARES SAYS AGAPITO GONZALEZ , SENTENCED SAME DAY, ALSO WANTS TO APPEAL

# FACSIMILE COVER SHEET

DATE:  **June 27, 2000**

FROM:  THE LAW OFFICES OF LARRY WARNER
777 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

PHONE:  (956) 542-4784  *  FAX: 544-5234

*********************************************************************************

**PLEASE DELIVER 01 PAGES (including cover sheet) TO:**

NAME:  WACKENHUT UNIT**(830)780-3525
ATTN: **Ms. Ramirez**

COMPANY:

CITY/STATE:

FAX NUMBER:  (830) 780-4323

ADDITIONAL COMMENTS:

> **Ms. Ramirez:**
> **We would like to make a telephone conference with our client, MANUEL MARES MARTINEZ (ID#BR-58072079) at 4:30 p.m.today-June 27, 2000. Thank you for your time and attention to this Matter.**

**IMPORTANT CONFIDENTIAL!**- This is intended only for the use of the individual or entity to whom it is addressed. This message contains information from the **Law offices of LARRY WARNER**, which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at our telephone listed above. We will gladly provide for the return of this message via the U.S. Mail at no cost to you.

**IF THIS TRANSMITTAL IS NOT COMPLETE, PLEASE CALL Diana Conner-Legal Assistant for Larry Warner at 542-4784.**