**COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 22 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | C.A. No. B-01-065 |
| | C.R. No. B-99-362-S1 |
| MANUEL MARES-MARTINEZ | |

### ADVISORY TO THE COURT CONCERNING POSSIBLE CONFLICT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MANUEL MARES-MARTINEZ, Assistant Federal Public Defender Hector A. Casas, who has been appointed to represent Petitioner MANUEL MARES-MARTINEZ in this 2255 action and hereby files this advisory to the Court notifying the Court concerning a possible conflict which may necessitate the withdrawal of the Federal Public Defender and the substitution of new counsel to represent Petitioner and for good Cause would show:

I.

Defendant was charged in the underlying criminal case with conspiracy. The Federal Public Defender represented a Co-Defendant in that underlying case.

WHEREFORE PREMISES CONSIDERED, the Federal Public Defender requests a determination by the Court as to whether the potential conflicts warrant substitution of counsel.

         Respectfully submitted,

         ROLAND E. DAHLIN II
         Federal Public Defender
         Southern District of Texas
         Texas State Bar Number 05314000
         Southern District of Texas No. 3198

By: _____
         HECTOR A. CASAS
         Assistant Federal Public Defender
         Attorney in Charge
         Texas State Bar Number 03953710
         Southern District of Texas No. 6816
         600 E. Harrison Street, 102
         Brownsville, Texas 78520
         Telephone: (956) 548-2573
         Fax: (956) 548-2674

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2001, a copy of the foregoing Advisory to the Court Concerning Possible Conflict was hand-delivered to Oscar Ponce, Assistant United States Attorney, 600 E. Harrison St., #201, Brownsville, Texas 78520.

_____
HECTOR A. CASAS
Assistant Federal Public Defender