*17*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**NOV 2 8 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| MANUEL MARES-MARTINEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-065 |
| | § | |
| UNITED STATES OF AMERICA | § | |

TYPE OF CASE  __X__ CIVIL  ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING.

**SCHEDULING CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO :

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME

**DECEMBER 12, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE.   NOVEMBER 27, 2001

TO.   MR LARRY WARNER
      MR. RENE E. DeCOSS
      MR JAMES TURNER
      MS PAULA OFFENHAUSER