United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

SCHEDULING CONFERENCE

CIVIL ACTION NO. B-01-065 _____          DATE & TIME: _____ 12-12-01 AT 1:30 P.M. _____

MANUEL MARES-MARTINEZ _____          PLAINTIFF(S) _____ LARRY WARNER _____
                                     COUNSEL      _____ RENE E. DE COSS _____

VS.

UNITED STATES OF AMERICA _____        DEFENDANT(S) _____ JAMES TURNER _____
                                     COUNSEL       _____ PAULA OFFENHAUSER _____

-----------------------------------------------------------------------------------------------------------------

Attorneys Rene DeCoss and Mark Dowd appeared for the scheduling conference.

Government will furnish affidavits from attorneys concerning request to file appeal.