20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| | § | |
| vs. | § | C.R. NO. B-99-362 |
| | § | |
| MANUEL MARES MARTINEZ, | § | |
| Petitioner. | § | |
| (C.A. NO. B-01-065) | § | |

## SUPPLEMENTAL RESPONSE TO MOTION FOR RELIEF UNDER 28 U.S.C. § 2255

TO THE HONORABLE JUDGE OF SAID COURT:

The UNITED STATES OF AMERICA ("the government") files this supplemental response to Manuel Mares Martinez' ("Martinez") Motion For Relief Under 28 U.S.C. § 2255. In support thereof, the government would show the court the following:

I.

## JURISDICTION

Martinez seeks relief from the judgment of conviction and sentence entered by the district court on October 4, 2000. Martinez did not appeal. Martinez' motion for relief under § 2255 was timely filed on April 25, 2001, thereby vesting this court with jurisdiction under 28 U.S.C. § 2255.

II.

## GROUNDS FOR RELIEF

In his motion for relief under 28 U.S.C. § 2255, Martinez presents the following grounds to justify relief:

A.   Martinez complains that he was denied his right to the effective assistance of counsel