# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAR 0 6 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL MARES MARTINEZ, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-065 |
| VS. | § | |
| | § | CRIMINAL NO. B-99-362 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 19, 2002, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this _6th_ day of _March_, 2002.

_____
Filemon B. Vela
United States District Judge