IN THE COURT OF APPEALS FOR
THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

MAR 20 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL MARES MARTINEZ<br>    Plaintiff-Petitioner<br><br>vs<br><br>UNITED STATES OF AMERICA<br>    Defendant-Respondent | CIVIL ACTION No. B-01-065<br><br>CRIMINAL No. B-99-362 |

## NOTICE OF APPEAL

Now Comes the Petitioner, MANUEL MARES MARTINEZ, pro se, and respectfully gives Notice of his claim of appeal to the United States Court of Appeals for the 5th Circuit from the sentence in the civil action - No. B-01-065.

Dated 3-15-02

Petitioner will forward to the court a Petition for Certificate of Appealability within 40 days.

Respectfully submitted

*[signature]*
Manuel Mares Martinez
Reg. # 58072-079
F.C.I. Bastrop
P.O. BOX 1010
Bastrop, TX 78602-1010