IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL MARES MARTINEZ<br>Petitioner | § § § | |
| v. | § | B-01-065 |
| UNITED STATES OF AMERICA<br>Respondent | § § § § | |

### ORDER DENYING REENTRY OF JUDGMENT

Before this Court is Petitioner Manuel Mares-Martinez Motion For Reentry of Judgment (Docket No. 27). After a review of the record, this Court is of the opinion that the Motion be **DENIED**.

Petitioner filed a Certificate of Appealability which this Court denied (Docket 25). This Court continues to be of the opinion that there is no denial of a constitutional right. *Davis v. Johnson*, 158 F.3d 806, 809 (5th Cir. 1998), *cert. denied*, 526 U.S. 1074, 119 S.Ct. 1474, 143 L.Ed.2d 558 (1999). In addition, Martinez asks this Court to Reenter Judgment so that he may appeal. Martinez did not rely on his lawyer filing a notice to appeal because Martinez knew his lawyer would not pursue an appeal without being paid. Knowing of his right to appeal, Martinez did not attempt to file *pro se* a notice of appeal. *U.S v. Green*, 882 F.2d 999, 1003 (5th Cir. 1989).

It is therefore, ORDERED that Martinez' Motion for Reentry of Judgment be **DENIED**.

DONE this 11th day of December, 2003

Filemon B. Vela
United States District Judge